**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| MARCHEX SALES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-1306 |
| | ) | |
| TECNOLOGIA BANCARIA, S.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 21, 2015, Magistrate Judge John Anderson issued a Report and

Recommendation ("Report"), in which he recommended that default judgment be entered in

favor of Plaintiff Marchex Sales, Inc. against Defendant Tecnologia Bancaria, S.A.  He

recommended a finding that Plaintiff's registration and use of the subject domain names is lawful

under the Lanham Act.  He also recommended that the Court direct Network Solutions LLC not

to implement the World Intellectual Property Organization ("WIPO") panel's decision of

September 26, 2014 and to remove whatever hold or transfer order is currently pending against

the subject domain names: <banco24horas.com> and <banco24horas.net>.

The parties were advised that any objections to the Report had to be filed within fourteen

days of receipt of the Report and that failure to file timely objections waived appellate review of

any judgment based on the Report.  As of June 15, 2015, no objections have been filed.  Having

fully reviewed the Report, case file, and Plaintiff's Motion for Default Judgment with its

attachments, the Court finds that the Report accurately states the relevant facts and law.

Accordingly, the Court adopts the findings and conclusions of the Report (Dkt. No. 17)

and for the reasons stated therein, Plaintiff's Motion for Default Judgment (Dkt. No. 11) is

GRANTED, and it is hereby

ORDERED that Judgment by Default be entered in favor of Plaintiff Marchex Sales, Inc.

against Defendant Tecnologia Bancaria, S.A.  It is also

ORDERED that Network Solutions LLC shall not implement the WIPO panel's decision

of September 26, 2014 and must remove whatever hold or transfer order is currently pending

against the subject domain names: <banco24horas.com> and <banco24horas.net>.  It is further

ORDERED that Plaintiff's registration and use of the subject domain names is hereby

declared lawful under the Lanham Act.

The Clerk is thus directed to enter judgment in the plaintiff's favor pursuant to Federal

Rule of Civil Procedure 55 and to forward copies of this Order, along with the Judgment by

Default, to counsel of record for Plaintiff and to Defendant at the address listed in the case file.


June 15, 2015

Alexandria, Virginia


_____/s/_____
Liam O'Grady
United States District Judge


2